James G. Onder
Onder, Shelton, O'Leary & Peterson, LC
1015 Locust St, Ste 720
St. Louis, MO 63101
Telephone: (314) 421-6565
Facsimile: (314) 421-4724

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 05-4746 CRB<br><br>MDL No. 1699<br>District Judge: Charles R. Breyer |
| This Document Relates To:<br><br>Maurice Dulle,<br>                   Plaintiff<br>vs.<br>Pharmacia & Upjohn Company, et al.,<br>                  Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

      Come now the Plaintiff, Maurice Dulle in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to the plaintiffs named

///
///
///

| | |
|---|---|
| 1 | herein only with each side bearing its own attorneys' fees and costs. |
| 2 | |
| 3 | Dated: 3/22/10 |
| 4 | By: /s/ MOBYE 45895 |
| 5 | ONDER, SHELTON, O'LEARY & PETERSON, LC |
| 6 | 1015 Locust St, Ste 720<br>St. Louis, MO 63101 |
| 7 | Telephone: (314) 421-6565<br>Facsimile: (314) 421-4724 |
| 8 | *Attorney for Plaintiffs* |
| 10 | Dated: 3/24/10 |
| 11 | By: Todd S. Hageman   MOBAR 44770<br>THE SIMON LAW FIRM |
| 12 | 701 Market St., Suite 1450<br>Saint Louis, MO 63101 |
| 13 | Telephone: (314) 241-2929 |
| 14 | *Attorney for Plaintiffs* |
| 15 | Dated: 3/29/10 |
| 16 | By: /s/   IL 00308447 |
| 17 | HeplerBroom LLC<br>103 West Vandalia St, Ste 300, PO Box 510 |
| 18 | Edwardsville, IL 62025<br>Telephone: (618) 656-0184 |
| 19 | *Counsel for Prescription Plus Pharmacy of Troy,* |
| 20 | *Illinois, Inc. and Prescription Pluas* |
| 21 | Dated: April 2, 2010 |
| 22 | By: /s/ |
| 23 | DLA PIPER LLP (U.S.) |
| | 1251 Avenue of the Americas |
| 24 | New York, New York 10020 |
| | Telephone: (212) 335-4500 |
| 25 | Facsimile: (212) 335-4501 |
| 26 | *Defendants' Liaison Counsel* |
| 27 | |
| 28 | /// |

- 2 -

1  PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS
2  SO ORDERED.

3  Dated: APR 1 3 2010

4  . Hon. Charles R. Breyer
   United States District Court

- 3 -